UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOE BALTAS,
   Plaintiff

V.

PAUL FRENIS, et al.,
   Defendant(s)

No. 3:18cv01168(VLB)

## PLAINTIFF'S MOTION IN LIMINE No. 4:
## TO DESIGNATE NAMED DEFENDANTS AS ADVERSE WITNESSES

Pursuant to the Federal Rules of Evidence 611(c) the Pro Se Plaintiff, Joe Baltas, hereby moves the Court to Designate the Named Defendant's as Adverse Witnesses and permit the Plaintiff to ask leading questions upon direct examination at trial to develop the witnesses testimony.

Fed.R.Evid. 611(c) provides that "when a party calls a hostile witness, an adverse party, or a witness identified with an adverse party," the Court ordinarily "should allow leading questions." It is within the discretion of the Court to designate witnesses as adverse and permit leading questions where necessary to appropriately develop such testimony from an adverse witness.

The named Defendant's as Adverse parties with an interest in this matter and history of defiance within the litigation process, should be named as adverse witnesses.

WHEREFORE, Plaintiff moves the Court to designate the named Defendants as Adverse witnesses and permit the Pro Se Plaintiff to ask leading Questions upon direct examination at Trial.

Submitted,
The Plaintiff,

/s/
Joe Baltas, Pro Se
~~Walker CI~~ MYC
~~1153 East St. South~~ P.O. Box 500
~~Suffield, CT 06080~~ Cranston, RI 02920

## CERTIFICATION

I hereby Certify the foregoing was electronically filed on this date of 2/17/27 and will be automatically forwarded via the Courts E-Filing System.

/s/
Joe Baltas